# Exhibit B

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM, <br><br> Plaintiffs, <br><br> v. <br><br> KRIS EMMANUEL ESTRADA <br><br> Defendants. | **Civil Action No.** <br><br><br> **DECLARATION OF DEFENDANT IN SUPPORT OF AMENDED NOTICE OF REMOVAL** |

I, Kris Emmanuel Estrada, declare under penalty of perjury as follows:

1.      I am a citizen of the state of California with a home address at 2163 Corktree Lane, San Jose, CA 95132.

2.      On May 13, 2025, I received a packet containing a copy of the Complaint filed by Plaintiffs in this action via USPS Priority Express Mail at my California residence.

3.      Attached to my declaration are the USPS's proof of delivery of the packet to my California residence on May 13, 2025, and USPS's tracking information showing the packet was received by USPS in Cherry Hill, New Jersey and shipped from there on May 12, 2025.

Date: 6/2/2025

_Kris Estrada_
Kris Emmanuel Estrada

**UNITED STATES POSTAL SERVICE**

June 1, 2025

Dear Kris Estrada:

The following is in response to your request for proof of delivery on your item with the tracking number: **9470 1301 0935 5007 3741 90**.

| Item Details | |
|---|---|
| **Status:** | Delivered, In/At Mailbox |
| **Status Date / Time:** | May 13, 2025, 12:40 pm |
| **Location:** | SAN JOSE, CA 95132 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Up to $100 insurance included |
| **Recipient Name:** | Kris Estrada |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 2163 CORKTREE LN |
| **City, State ZIP Code:** | SAN JOSE, CA 95132-1219 |

**Recipient Signature**

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

**Tracking Number:**

## 9470130109355007374190

### Scheduled Delivery by

**THURSDAY** | by
**15** May 2025 ⓘ | **6:00pm** ⓘ

Your item was delivered in or at the mailbox at 12:40 pm on May 13, 2025 in SAN JOSE, CA 95132.

---

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

● **Delivered**
**Delivered, In/At Mailbox**
SAN JOSE, CA 95132
May 13, 2025, 12:40 pm

● **Out for Delivery**
SAN JOSE, CA 95132
May 13, 2025, 9:49 am

● **Arrived at Post Office**
SAN JOSE, CA 95132
May 13, 2025, 9:38 am

● **Arrived at USPS Regional Destination Facility**
SAN JOSE CA DISTRIBUTION CENTER
May 13, 2025, 8:51 am

● **Arrived at USPS Regional Origin Facility**
PHILADELPHIA PA DISTRIBUTION CENTER

May 12, 2025, 7:57 pm

**Departed Post Office**

ABSECON, NJ 08201
May 12, 2025, 5:32 pm

**USPS in possession of item**

ABSECON, NJ 08201
May 12, 2025, 4:15 pm

**Shipping Label Created, USPS Awaiting Item**

CHERRY HILL, NJ 08003
May 12, 2025, 12:15 pm

**Hide Tracking History**

**Text & Email Updates**                                                    ⌄

**Proof of Delivery**                                                        ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**