# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LENTO LAW GROUP PC, et al.,
*Plaintiffs*,

      v.

KRIS EMMANUEL ESTRADA,

*Defendant*.

:
:    **CIVIL ACTION**
:
:
:
:
:    NO.  25-2763

## STIPULATION TO AMEND THE COMPLAINT

The parties, by and through their respective counsel, stipulate and agree that Plaintiff's

Complaint be amended so that the Fourth Count – Unjust Enrichment, is STRICKEN.

By: /s/ Seth A. Goldberg
Seth A. Goldberg, Esq. (001542004)
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
2005 Market Street, Suite 3150
Philadelphia, PA 19103
sgoldberg@pashmanstein.com
(267) 319-7762

LENTO LAW GROUP, PC

BY: *Lawrence A. Katz, Esq*
LAWRENCE A. KATZ
Counsel for Plaintiffs
1814 East Route 70 - Suite 321
Cherry Hill, NJ 08003
Phone: 856.652.2000  EXT 497
Fax: 856.375.1010
Lakatz@lentolawgroup.com

APPROVED BY THE COURT:

_____

      U.S.D.J.