# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LENTO LAW GROUP PC, et al.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| **KRIS EMMANUEL ESTRADA,** | : | NO. 25-2763 |
| Defendant. | : | |

## ORDER

**AND NOW,** this 16th day of June, 2025, upon consideration of the Stipulation to Amend the Complaint (ECF No. 9), it is hereby **ORDERED** that Plaintiff shall file an Amended Complaint on or before June 23, 2025.

BY THE COURT:

_____
Hon. Mia R. Perez