**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM,<br><br>Plaintiffs,<br><br>v.<br><br>KRIS EMMANUEL ESTRADA<br><br>Defendants. | Civil Action No. 25-2763<br><br>**DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) AND APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 42 PA C.S. § 8340.18** |

Defendant Kris Emmanuel Estrada hereby moves to dismiss the Amended Complaint filed by Plaintiffs Lento Law Group PC and Lento Law Firm pursuant to Fed. R. Civ. P. 26(b) for failure to state claims for defamation, trade libel and tortious interference with prospective business relations, and Defendant hereby applies for fees and costs under Pennsylvania's Uniform Public Expression Protection Act, 42 PA C.S. § 8340.18. (the "Anti-SLAPP Law"). As set forth more fully in the accompanying Memorandum of Law in support hereof, the Motion to Dismiss should be granted and fees and costs should be awarded.

Dated: June 23, 2025

By: */s/ Seth A. Goldberg*
Seth A. Goldberg, Esq. (92478)
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
2005 Market Street, Suite 3150
Philadelphia, PA 19103
sgoldberg@pashmanstein.com
(267) 319-7762

Bruce S. Rosen, Esq. (*pro hac vice* forthcoming)
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200


*Attorneys for Plaintiff Kris Emmanuel Estrada*