# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

LENTO LAW GROUP PC AND LENTO LAW FIRM,

      Plaintiffs,

v.

KRIS EMMANUEL ESTRADA

      Defendants.

**Civil Action No. 25-2763**

**ORDER**

AND NOW, having considered Defendant's Motion to Dismiss the Amended Complaint and Application for attorneys' fees and costs pursuant to Pennsylvania's Uniform Public Expression Protection Act, 42 PA C.S. § 8340.18, it is hereby ORDERED that:

- Defendant's Motion to Dismiss is GRANTED and the Amended Complaint is DISMISSED with prejudice;

- Defendant's application for attorneys' fees and costs is GRANTED;

- Defendant shall file a Statement of Fees and Costs within fourteen days of this Order for payment by Plaintiffs' within fourteen days of the filing of said statement application is GRANTED42 PA C.S. § 8340.18; and

- The Statement of Costs of Fees shall provide wiring information or address information to facilitate payment.

Dated:_____     _____
                                 The Honorable Mia R. Perez