# Exhibit A

★ ☆ ☆ ☆ ☆

Posted by Kris | April 19, 2025 | Hired Attorney  ⓘ

### Failed to Produce Results in Court

After paying $5,000 for court representation, Mr. Lento and his firm failed to represent me by missing three court dates. Mr. Lento also included a media article about my ongoing case on his website without asking for my consent. I also sent Mr. Lento and his firm emails asking for updates on the status of Mr. Terrell Ratliff entering his appearance for my case, and I never received any clear responses. I eventually had a conference call with Mr. Lento and Mr. John E. Groff, who informed me they would draft a statement for the court and also email me the following day with an update. Yet, this never happened, and my follow-up emails were upsettingly ignored. If they could not appear for me in DC Superior Court because they needed a DC lawyer for support, then I wish they would have informed me about this in advance, especially considering that an office address in Washington DC is listed on their website.

Collapse Review

★ ☆ ☆ ☆ ☆

Posted by Kris | April 19, 2025 | Hired Attorney   ⓘ

Upsetting Washington DC Representation

In August 2024, I paid $5,000 to Mr. Terrell Ratliff and the Lento Law Firm for representation in Washington DC Superior Court. Mr. Ratliff assured me in texts and calls that he would take on my case and spoke about his past experience working with prosecutors. Thinking I was in good hands, Mr. Ratliff then missed three court dates in September, October, and November 2024. He failed to provide me with regular updates on the progress of entering an appearance for my case. Mr. Ratliff also failed to provide a reason as to why it was taking months to enter into my case, nor did he provide any details or statement for me to provide to the Court explaining why I keep asking to extend my case for another date. It's upsetting because I genuinely believed Mr. Ratliff would help me in my case.

Collapse Review

### Terrell Ratliff

Replied last April 25, 2025

Thank you for your feedback. I must respectfully clarify several inaccuracies in your review. First, I was never retained by you for representation in Washington D.C. Superior Court. Your retainer agreement and payment were made directly to the Lento Law Firm, not to me personally. At all times, I communicated with you openly and honestly based on the information available to me, and I acted in good faith. Second, I was not responsible for entering an appearance in your case or for attending your court dates. Your concerns about delays and court appearances should be directed to the law firm you retained. Any claims suggesting that I missed court dates or failed to act are factually incorrect and misrepresent my role. While I understand the frustration you may feel about your case's progress, it would be more appropriate to address your concerns with the firm that you hired. I take great pride in maintaining transparency and professionalism with everyone I interact with, whether they are clients or prospective clients. I wish you the best in resolving your legal matters.

## Lento Law Group, P.C.

Personal injury attorney
Greentree

**PLACE DETAILS**



 **Kris Estrada**

 6 days ago

In August 2024, I retained the Lento Law Group who assigned Mr. Terrell Ratliff for representation in Washington DC Superior Court, even though he was not barred there. Mr. Ratliff assured me in texts and calls that he would take on my case. Thinking I was in good hands, Mr. Ratliff then missed three court dates in September, October, and November 2024. The Lento Law Group failed to provide me with regular updates on the progress of my case, rather it was the other way around. They failed to draft a statement for me to provide to the Court explaining why I keep asking to extend my case for another date, which Mr. John Edward Groff, Jr. told me they would do. This experience was upsetting because I genuinely believed Mr. Lento and the Lento Law Group would help me in my case.



 **K E**

⭐ ☆ ☆ ☆ ☆   4 days ago

I am very disappointed with the Lento Law Group. I spent a total of $15,000 for services with Mr. Thomas Terrill, a New York State attorney and University of Miami faculty member who was handling my matter in Washington DC. First, I could not locate their physical office as listed in Regus - Coral Springs - Heron Bay. Second, non-refundable fees are precluded by the Rules of Professional Conduct in Washington DC, yet the Lento Law Group was charging me with non-refundable fees for services rendered in Washington DC. Also, Tom failed to realize that my matter did not fall under Title IX policy, but rather a Non-Title IX policy for which I was not given any right to due process by reviewing evidence and/or any reports. Further, the Lento Law Group published a news article about my case on their website without my permission. It's frustrating because I trusted them to be experienced in student defense, but they proved the opposite to me based on their lack of organization in my opinion. They even refused to issue any refund of the $15,000 and failed to answer formal emails sent to them asking for such refunds when confronted with the DC Rules of Professional Conduct (In re Robert W. Mance).

None of my statements contain false allegations, nor is it my intention to harass and defame Mr. Lento and/or his firm. Rather, what I write here is an accurate account of my experience with Mr. Lento and the Lento Law Group that I wish to share here and is also fully supported by evidence I have.

# Lento Law Firm Student Defense …

Law firm
Near Northeast

**PLACE DETAILS**



 **Kris Estrada**

 3 weeks ago

I hired the Lento Law Firm for representation in Washington, DC. They missed three court dates and failed to respond to any of my emails asking for updates. I also do not believe they have any partner attorneys in their firm who are barred in Washington, DC. I also could not find their physical law firm office at the Washington, DC address listed.

 2           Share

## Lento Law Firm Student Defens...
Law firm
Manhattan

**PLACE DETAILS**



(K) **K E**

⋮

 ☆ ☆ ☆ ☆  a day ago

I am disappointed with the Lento Law Firm. I spent a total of $15,000 for services with Mr. Thomas Terrill, a New York State attorney who was handling my matter in Washington DC. First, I could not locate their NYC office in Hudson Yards. Second, non-refundable fees are precluded by the Rules of Professional Conduct in Washington, DC, yet the Lento Law Firm was charging me so for services rendered in Washington, DC. Also, Tom failed to produce any results for my disciplinary matter. He failed to realize that my matter did not fall under Title IX policy, but rather a Non-Title IX policy for which I was not given any right to due process by reviewing evidence and/or any reports. Further, the Lento Law Firm published a news article about my case on their website without my permission. By failing to read through specific University policy, operating under retainer fees that are precluded in Washington DC, and practicing law by legally advising me in a jurisdiction that Tom Terrill is not licensed to do so, Mr. Lento and the Lento Law Firm ultimately disappointed me greatly.

## Lento Law Firm
Criminal justice attorney
Manhattan

**PLACE DETAILS**



 **Kris Estrada**

 3 weeks ago

I am disappointed with the Lento Law Firm. I spent a total of $15,000 for services with Mr. Thomas Terrill, a New York State attorney who was handling my matter in Washington DC. First, I could not locate their office in the Chrysler Building. Second, non-refundable fees are precluded by the Rules of Professional Conduct in Washington, DC, yet the Lento Law Firm was charging me so for services rendered in Washington, DC. Also, Tom failed to produce any results for my disciplinary matter. He failed to realize that my matter did not fall under Title IX policy, but rather a Non-Title IX policy for which I was not given any right to due process by reviewing evidence and/or any reports. Further, the Lento Law Firm published a news article about my case on their website without my permission. By failing to read through specific University policy, operating under retainer fees that are precluded in Washington DC, and practicing law by legally advising me in a jurisdiction that Tom Terrill is not licensed to do so, Mr. Lento and the Lento Law Firm ultimately disappointed me greatly.



 **K E**

⋮

★ ☆ ☆ ☆ ☆ 4 days ago

I am very disappointed with the Lento Law Firm. I spent a total of $15,000 for services with Mr. Thomas Terrill, a New York State attorney and University of Miami faculty member who was handling my matter in Washington DC. First, I could not locate their physical office as listed in Waterford Corporate Park next to MIA. Second, non-refundable fees are precluded by the Rules of Professional Conduct in Washington DC, yet the Lento Law Firm was charging me with non-refundable fees for services rendered in Washington DC. Also, Tom failed to produce any results for my disciplinary matter. He failed to realize that my matter did not fall under Title IX policy, but rather a Non-Title IX policy for which I was not given any right to due process by reviewing evidence and/or any reports. Further, the Lento Law Firm published a news article about my case on their website without my permission. By failing to read through specific University policy, operating under retainer fees that are precluded in Washington DC, and practicing law by legally advising me in a jurisdiction that Tom Terrill is not licensed to do so, Mr. Lento and the Lento Law Firm are a great disappointment. It's frustrating because I trusted them to be experienced in student defense, but they proved the opposite to me based on their lack of organization in my opinion. They even refused to issue any refund of the $15,000 and failed to answer formal emails sent to them asking for such refunds when confronted with the DC Rules of Professional Conduct (In re Robert W. Mance).



 **K E**

⋮

 4 days ago

I am very disappointed with the Lento Law Firm. I am a resident of San Jose, California; yet, I could not locate their office at Oyster Point located in South San Francisco, which is closest to my place of residence. I spent a total of $15,000 for services with Mr. Thomas Terrill, a New York State attorney who was handling my matter in Washington DC. Non-refundable fees are precluded by the Rules of Professional Conduct in Washington DC, yet the Lento Law Firm was charging me with non-refundable fees for services rendered in Washington DC. Also, Tom failed to produce any results for my disciplinary matter. He failed to realize that my matter did not fall under Title IX policy, but rather a Non-Title IX policy for which I was not given any right to due process by reviewing evidence and/or any reports. Further, the Lento Law Firm published a news article about my case on their website without my permission. By failing to read through appropriate and relevant University policy, operating under retainer fees that are not allowed in Washington DC, and unethically practicing law by legally advising me in a jurisdiction that Tom Terrill is not licensed to do so, Mr. Lento and the Lento Law Firm were a disappointment. It's frustrating because I trusted them to be experienced in student defense, but they proved the opposite to me based on their lack of organization in my opinion. They even refused to issue any refund of the $15,000 and failed to answer formal emails sent to them asking for such refunds when confronted with the DC Rules of Professional Conduct (In re Robert W. Mance).



# Joseph D Lento

Lento Law Firm

Save 🔖

💼 17 years of experience

⚖ Criminal Law, Domestic Violence, DUI & DWI ...

🏛 New Jersey, Pennsylvania

**Review This Lawyer**

Compare ⬜

## 👥 Client Reviews

**Kris E.**

May 8, 2025

**No Updates, Little Results, Not Satisfactory!**

I had a very negative, unprofessional, and unsatisfactory experience with Mr. Joseph Lento. In August 2024, I had two private phone calls with Mr. Joseph Lento, who assured me that he would be able to take my cases and provide legal representation. I later paid him a total of $20,000 for legal services in Washington DC. He charged me flat, non-refundable fees, which is already not allowed under the DC Ethics Rules of Professional Conduct (RPC), which is where both my matters took place. He also did not make it clear to me, at any point, that he was not barred to practice law in Washington DC. Because I was not kept informed and up to date, I sent numerous emails to Mr. Lento over the course of a few months, which were left unanswered. I finally had another (in retrospect, unproductive) call in November 2024 with Mr. Joseph Lento; he did not communicate and participate in the call as much as I expected. Further, as requested, Mr. Lento made a comment to the media regarding my case; but, Mr. Lento proceeded to publish the article with sensitive details about my case on all his websites, something that I never consented to. Some things I wish I could have done differently during this process is conduct better research on who I retain for legal services, such as seeing which states attorneys like Mr. Lento are barred in, and if attorneys like Mr. Lento have any current and/or previous disciplinary history with their State Bar.

**View Less** ⌃



Lawyers.com

**1.0**

★★★★★

(1)

**What do people say?**

| | | |
|---|---|---|
| Communication | ▬▬▬▬▬▬▬▬▬ | 1.0 |
| Responsiveness | ▬▬▬▬▬▬▬▬▬ | 1.0 |
| Quality of Service | ▬▬▬▬▬▬▬▬▬ | 1.0 |
| Value for Money | ▬▬▬▬▬▬▬▬▬ | 1.0 |

★★★★★

Posted by Kris

April 20, 2025

### Criminal Law

Hired Attorney Joseph D. Lento

I hired Mr. Lento and the Lento Law Firm for representation in Washington, DC. I paid $5,000 for legal court representation, but they failed to appear for three court dates. After numerous emails being left unanswered, I finally had a conference call with Joseph Lento. John E. Groff, the "Firm Administrator" who is not a licensed attorney, was also present in this call. Mr. Groff stated the Lento Law Group will "provide a statement [to the court]." Even though he promised he would send me an email with a statement for the court, John Groff failed to follow up on his promise and remained unresponsive to my emails asking for a follow-up. I showed up to court having to tell my judge that the Lento Law Group once again have failed at entering their appearance with no explanation as to why.

**Hide Review** ⌃



✏ **Write a Client Review**



Lawyers.com

**1.3**
★☆☆☆☆
(1)

**What do people say?**

| | | |
|---|---|---|
| Communication | | 2.0 |
| Responsiveness | | 1.0 |
| Quality of Service | | 1.0 |
| Value for Money | | 1.0 |

★☆☆☆☆

Posted by Kris

April 20, 2025

**Criminal Law**

Hired Attorney Terrell A. Ratliff

In August 2024, I paid $5,000 to Mr. Terrell Ratliff and the Lento Law Firm for representation in Washington DC Superior Court. Mr. Ratliff assured me in texts and calls that he would take on my case and spoke about his past experience working with prosecutors. Thinking I was in good hands, Mr. Ratliff then missed three court dates in September, October, and November 2024. He failed to provide me with regular updates on the progress of entering an appearance for my case. Mr. Ratliff also failed to provide a reason as to why it was taking months to enter into my case, nor did he provide any details or statement for me to provide to the Court explaining why I keep asking to extend my case for another date. It's upsetting because I genuinely believed Mr. Ratliff would help me in my case.

**Hide Review** ⌃



**Kris E.**   🛡 4 reviews

⭐️☆☆☆☆   *04/20/2025*

I had a very negative, unethical, and poor experience with Mr. Joseph Lento and the Lento Law Group. In August 2024, I retained and paid the Lento Law Group a total of $20,000 for their services in both a University matter and a legal matter in Washington DC. They charge flat, non-refundable fees, which is already not allowed under the DC Rules of Professional Conduct, which is where both my matters took place. For both matters, I was assigned Mr. Thomas Terrill (a New York-based attorney) and Mr. Terrell Ratliff (a Pennsylvania-based attorney), both of whom are not licensed to practice law in DC. Mr. Terrill did not deliver any results for me other than advising me to not do anything. Mr. Ratliff presents another very disappointing experience: he assured me he would be on my case and represent me in court. But, Terrell Ratliff missed three DC court dates for me in September, October, and November. Mr. Ratliff also failed to respond to any of my texts, calls, and emails asking for a status on when he can appear for me in court. When Mr. Ratliff failed to reply, I reached out to two Community Specialists at the Lento Law Group: Stephanie Morales and Angelita "Angie" Camacho Adames. Stephanie and Angie both told me they would keep me updated; Angie even told me on the phone "not to appear in court" for my next date, which is entirely unethical advice since she is not a licensed attorney, and I would have faced penalties by the court if I failed to appear. After numerous emails being left unanswered, I finally had a conference call with Joseph Lento, Tom Terrill, and Terrell Ratliff. John E. Groff, the "Firm Administrator" who is not a licensed attorney in the United States, was also present in this call. Mr. Groff stated the Lento Law Group will "provide a statement [to the court]," in addition to promising he would "reach out tonight to an organization that I belong to that may be able to give us some assistance." Even though he promised he would send me an email with a statement for the court and an update on the status of my case, John Groff failed to follow up on his promise and remained unresponsive to my emails asking for a follow-up. I showed up to court having to tell my judge that the Lento Law Group and Mr. Terrell Ratliff once again have failed at entering their appearance with no explanation as to why. What I write is a genuine review backed by recordings of phone calls, numerous emails (and lack of replies), and text messages. None of my statements contain false allegations, nor is it my intention to harass and defame Mr. Lento and/or his firm. Rather, what I write here on Top Rated Local is an accurate account of my experience with Mr. Lento and his firm that is fully supported by evidence I have. I respectfully ask Mr. Lento to provide a professional and thorough response to my review for all to see, rather than privately threaten legal action against me (a young college student). Some things I wish I could have done differently during this process is conduct better research on who I retain for legal services, such as seeing which states attorneys are barred in, and if they have any current and/or previous disciplinary history with their State Bar.



**Kris E.**

Milpitas, CA

⌂ 19 ⊡ 5 ⊠ 3



 Apr 19, 2025

◎ **1 photo**

I had a very negative, unethical, and poor experience with Mr. Joseph Lento and the Lento Law Group. In August 2024, I retained and paid the Lento Law Group a total of $20,000 for their services in both a University matter and a legal matter in Washington DC. They charge flat, non-refundable fees, which is already not allowed under the DC Rules of Professional Conduct, which is where both my matters took place. For both matters, I was assigned Mr. Thomas Terrill (a New York-based attorney) and Mr. Terrell Ratliff (a Pennsylvania-based attorney), both of whom are not licensed to practice law in DC. Mr. Terrill did not deliver any results for me other than advising me to not do anything. Mr. Ratliff presents another very disappointing experience: he assured me he would be on my case and represent me in court. But, Terrell Ratliff missed three DC court dates for me in September, October, and November. Mr. Ratliff also failed to respond to any of my texts, calls, and emails asking for a status on when he can appear for me in court. When Mr. Ratliff failed to reply, I reached out to two Community Specialists at the Lento Law Group: Stephanie Morales and Angelita "Angie" Camacho Adames. Stephanie and Angie both told me they would keep me updated; Angie even told me on the phone "not to appear in court" for my next date, which is entirely unethical advice since she is not a licensed attorney, and I would have faced penalties by the court if I failed to appear. After numerous emails being left unanswered, I finally had a conference call with Joseph Lento, Tom Terrill, and Terrell Ratliff. John E. Groff, the "Firm Administrator" who is not a licensed attorney in the United States, was also present in this call. Mr. Groff stated the Lento Law Group will "provide a statement [to the court]," in addition to promising he would "reach out tonight to an organization that I belong to that may be able to give us some assistance." Even though he promised he would send me an email with a statement for the court and an update on the status of my case, John Groff failed to follow up on his promise and remained unresponsive to my emails asking for a follow-up. I showed up to court having to tell my judge that the Lento Law Group and Mr. Terrell Ratliff once again have failed at entering their appearance with no explanation as to why.

What I write is a genuine review backed by recordings of phone calls, numerous emails (and lack of replies), and text messages. None of my statements contain false allegations, nor is it my intention to harass and defame Mr. Lento and/or his firm. Rather, what I write here on Yelp is an accurate account of my experience with Mr. Lento and his firm that is fully supported by evidence I have. I respectfully ask Mr. Lento to provide a professional and thorough response to my review for all to see, rather than privately threaten legal action against me (a young college student).

Some things I wish I could have done differently during this process is conduct better research on who I retain for legal services, such as seeing which states attorneys are barred in, and if they have any current and/or previous disciplinary history with their State Bar.