IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LENTO LAW GROUP PC, et al.,
    **Plaintiffs,**

    v.

KRIS EMMANUEL ESTRADA,

    **Defendant.**

    :
    :      **CIVIL ACTION**
    :
    :
    :
    :
    :      NO.  25-2763

**PLAINTIFF'S UNCONTESTED MOTION FOR AN**

**EXTENSION OF TIME TO RESPOND TO THE RULE 12 MOTION**

Plaintiffs, by and through their counsel, move this Honorable Court to grant them until July 18, 2025, to respond to Defendant's Rule 12 Motion.   In support of the Motion, the following is stated:

1.  This is a defamation lawsuit arising from the Defendant's defamatory posts on social media about the Plaintiffs and their employees.

2.  Originally filed in the Philadelphia Court of Common Pleas, the lawsuit was removed to this Court.

3.  On June 23, 2024, Defendant filed a Rile 12 Motion to Dismiss.

4.  Plaintiffs' Response must be filed by July 7, 2025.

5.  Plaintiffs' counsel has other significant briefs due at approximately the same time.

6.  Plaintiffs' counsel seeks additional time to file their Response so that they can provide the best possible legal analysis to assist the Court in deciding the pending motion.

7.  Counsel for both parties have consulted, and *Defendant/Movant's counsel does not object to this request*.

WHEREFORE, Plaintiffs move this Honorable Court to grant them until July 18, 2025, to respond to Defendant's Rule 12 Motion.

LENTO LAW GROUP, PC

BY:  *Lawrence A. Katz, Esq*
LAWRENCE A. KATZ
Counsel for Plaintiffs
1814 East Route 70 - Suite 321
Cherry Hill, NJ 08003
Phone: 856.652.2000  EXT 497
Fax: 856.375.1010
Lakatz@lentolawgroup.com

## VERIFICATION

Lawrence A. Katz, Esquire, counsel for Plaintiff(s), does hereby verify that the facts set forth in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

                                    s/ Lawrence A. Katz
                                    LAWRENCE A. KATZ

## CERTIFICATE OF SERVICE

The foregoing document, that was electronically filed, was electronically served **on the Court's e-file distribution list**.

                                    s/ Lawrence A. Katz
                                    LAWRENCE A. KATZ

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

LENTO LAW GROUP PC, et al.,
    *Plaintiffs,*

        v.

KRIS EMMANUEL ESTRADA,

    *Defendant.*

:
:      **CIVIL ACTION**
:
:
:
:
:      NO.  25-2763

## **O R D E R**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiffs'

Motion to Extend Time To Respond to Defendant's Rule 12 Motion, and the Defendant/Movant

not opposing said Motion, said Motion is GRANTED and Plaintiffs' shall file their Response to

the Rule 12 Motion by July 18, 2025.

BY THE COURT:

_____

U.S.D.J.