## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

LENTO LAW GROUP PC, et al.,

    *Plaintiffs,*

          v.

KRIS EMMANUEL ESTRADA,

    *Defendant.*

                              :

                              :            CIVIL ACTION

                              :            NO.   25-2763

## **O R D E R**

AND NOW, this 24th day of June, 2025, upon consideration of Plaintiffs' Motion to Extend Time To Respond to Defendant's Rule 12 Motion, and the Defendant/Movant not opposing said Motion, said Motion is GRANTED and Plaintiffs' shall file their Response to the Rule 12 Motion by July 18, 2025.

BY THE COURT:

_____
HON. MIA R. PEREZ