

**Seth Golberg**
Partner
One Commerce Square
2005 Market Street, Suite 3150
Philadelphia, PA 19103
Direct: 267.817.7596
Fax: 201.488.5556
sgoldberg@pashmanstein.com

December 22, 2025

**VIA ECOURTS and EMAIL (Perez_Chambers@paed.uscourts.gov)**
Honorable Mia Roberts Perez
United States District Court
Eastern District of Pennsylvania
10613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **Re:    _Lento Law Firm v. Estrada, 2:25-CV-02763 (E.D.P.A)_**

Dear Judge Perez:

We write on behalf of Defendant Kris Estrada to request a 14-day extension to respond to Plaintiffs' Second Amended Complaint. The response would otherwise be due on December 29, 2025. We have written counsel for Plaintiffs, Lawrence Katz, to make this request, but have received an out of office notice stating Mr. Katz is away for the holidays. Defendant's counsel is also planning to be out of the office for the holidays and had two unanticipated medical emergencies in the past week, necessitating this request.

Accordingly, Defendant's counsel respectfully requests the Court grant the request for a 14-day extension.

Respectfully submitted,

/s/  Seth A. Goldberg

SETH A. GOLDBERG

SAG:dm

cc:    All Counsel of Record (via ecourts)