**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM,<br><br>        Plaintiffs,<br><br>v.<br><br>KRIS EMMANUEL ESTRADA<br><br>        Defendants. | **Civil Action No. 25-2763**<br><br>**Proposed ORDER** |

AND NOW, Defendant's request for a 14-day extension to respond to Plaintiffs' Second Amended Complaint is GRANTED.

Dated:_____        _____
                                                        The Honorable Mia R. Perez