**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM,<br><br>      Plaintiffs,<br><br>v.<br><br>KRIS EMMANUEL ESTRADA<br><br>      Defendants. | **Civil Action No. 25-2763**<br><br>**ORDER** |

AND NOW, this 22nd day of December, 2025, upon consideration of Defendant's letter motion for a 14-day extension to respond to Plaintiffs' Second Amended Complaint, (ECF No. 19) it is hereby **ORDERED** that the motion is **GRANTED**.  The Defendant shall respond to the Plaintiffs' Second Amended Complaint no later than **January 12, 2026**.

BY THE COURT:

_____
The Honorable Mia R. Perez