# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM,<br><br>    Plaintiffs,<br><br>v.<br><br>KRIS EMMANUEL ESTRADA<br><br>    Defendants. | Civil Action No. 25-2763<br><br>**DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) AND APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 42 PA C.S. § 8340.18** |

      Defendant Kris Emmanuel Estrada hereby moves to dismiss the Second Amended Complaint filed by Plaintiffs Lento Law Group PC and Lento Law Firm pursuant to Fed. R. Civ. P. 26(b) for failure to state claims for defamation, trade libel, tortious interference with prospective business relations, breach of contract, unjust enrichment and declaratory judgment, and Defendant hereby applies for fees and costs under Pennsylvania's Uniform Public Expression Protection Act, 42 PA C.S. § 8340.18. (the "Anti-SLAPP Law"). As set forth more fully in the accompanying Memorandum of Law in support hereof, the Motion to Dismiss should be granted and fees and costs should be awarded.

Dated: January 12, 2026        By: */s/ Seth A. Goldberg*
                                              Seth A. Goldberg, Esq. (92478)
                                              PASHMAN STEIN WALDER HAYDEN
                                              A Professional Corporation
                                              2005 Market Street, Suite 3150
                                              Philadelphia, PA 19103
                                              sgoldberg@pashmanstein.com
                                              (267) 319-7762

Bruce S. Rosen, Esq. (*pro hac vice* forthcoming)
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200

*Attorneys for Defendant Kris Emmanuel Estrada*