**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM,<br><br>    Plaintiffs,<br><br>v.<br><br>KRIS EMMANUEL ESTRADA<br><br>    Defendants. | **Civil Action No. 25-2763**<br><br>**ORDER** |

AND NOW, having considered Defendant's Motion to Dismiss the Second Amended Complaint and Application for attorneys' fees and costs pursuant to Pennsylvania's Uniform Public Expression Protection Act, 42 PA C.S. § 8340.18, it is hereby ORDERED that:

- Defendant's Motion to Dismiss is GRANTED and the Amended Complaint is DISMISSED with prejudice;

- Defendant's application for attorneys' fees and costs is GRANTED;

- Defendant shall file a Statement of Fees and Costs within fourteen days of this Order for payment by Plaintiffs' within fourteen days of the filing of said statement application is GRANTED42 PA C.S. § 8340.18; and

- The Statement of Costs of Fees shall provide wiring information or address information to facilitate payment.


Dated:_____        _____
                                     The Honorable Mia R. Perez