**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM,<br><br>           Plaintiffs,<br><br>v.<br><br>KRIS EMMANUEL ESTRADA<br><br>           Defendants. | **Civil Action No. 25-2763**<br><br>**CERTIFICATE OF SERVICE** |

I, Seth Goldberg, certify that I have served Defendant's Motion to Dismiss the Second

Amended Complaint and Application for Fees under 42 PA C.S. § 8340.18 on counsel of record

via ECF.

Dated: January 12, 2026

By: */s/ Seth A. Goldberg*
Seth A. Goldberg, Esq. (92478)
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
2005 Market Street, Suite 3150
Philadelphia, PA 19103
sgoldberg@pashmanstein.com
(267) 319-7762


Bruce S. Rosen, Esq. (*pro hac vice* forthcoming)
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200


*Attorneys for Defendant Kris Emmanuel Estrada*