

**Seth Golberg**
Partner
One Commerce Square
2005 Market Street, Suite 3150
Philadelphia, PA 19103
Direct: 267.817.7596
Fax: 201.488.5556
sgoldberg@pashmanstein.com

February 3, 2026

**VIA ECOURTS and EMAIL (Perez_Chambers@paed.uscourts.gov)**
Honorable Mia Roberts Perez
United States District Court
Eastern District of Pennsylvania
10613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    ***Lento Law Firm v. Estrada*, 2:25-CV-02763 (E.D.P.A)**

Dear Judge Perez:

    We write on behalf of Defendant Kris Estrada to request a 7-day extension to file a Reply brief in support of Mr. Estrada's motion to dismiss due to a medical emergency that required hospitalization and activity restrictions. Plaintiffs' counsel does not oppose this request.

    Accordingly, Defendant's counsel respectfully requests the Court grant the request for a 7-day extension and enter the attached proposed Order.

    Respectfully submitted,

    */s/ Seth A. Goldberg*

    SETH A. GOLDBERG

SAG:dm

cc:    All Counsel of Record (via ecourts)