**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM, | **Civil Action No. 25-2763** |
| Plaintiffs, | |
| v. | **Proposed ORDER** |
| KRIS EMMANUEL ESTRADA | |
| Defendants. | |

AND NOW, Defendant's request for a 7-day extension to file a reply brief in support his

motion to dismiss is GRANTED.


Dated:_____          _____

The Honorable Mia R. Perez