**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM, | Civil Action No. 25-2763 |
| Plaintiffs, | |
| v. | |
| KRIS EMMANUEL ESTRADA | |
| Defendants. | |

## ORDER

**AND NOW**, this 4th day of February, Defendant's letter request for a 7-day extension to file a reply brief in support his motion to dismiss (ECf No. 23), is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez