## <u>CERTIFICATE OF SERVICE</u>

I, Seth Goldberg, hereby certify that on February 9, 2026, DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS THE SECOND AMENDED COMPLAINT UNDER FED.R. CIV. P. 12(B)(6) AND APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 42 PA C.S. § 8340.18 was served on counsel for the Plaintiffs via electronic mail.

*/s/ Seth Goldberg*
Seth Goldberg