**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LENTO LAW GROUP PC AND LENTO LAW FIRM,** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **NO. 25-2763** |
| **KRIS EMMANUEL ESTRADA,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 21st day of July, 2026, upon consideration of Defendant's Motion to Dismiss the Second Amended Complaint (the "Motion") (ECF No. 21), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** that within twenty-one (21) days of the entry of this Order, Defendant shall file documentation in support of his request for reasonable attorneys' fees, costs, and litigation expenses, as well as supplemental briefing regarding the amount of fees to which he is entitled. Plaintiffs may file a responsive brief, if any, within two weeks of Defendant's filing.

BY THE COURT:

_____
Hon. Mia R. Perez