# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

LENTO LAW GROUP PC AND LENTO
LAW FIRM,

   *Plaintiffs*,

v.

KRIS EMMANUEL ESTRADA

   *Defendant*.

**Civil Action No. 25-2763**

<u>**DECLARATION OF SETH A. GOLDBERG**</u>

I, Seth A. Goldberg, Esq., am lead counsel for Defendant Kris Emmanuel Estrada in the above-captioned action, and make the following declaration in support of Mr. Estrada's Supplemental Brief in Support of Fees and Costs, as directed by the Court's July 21, 2026 Order:

1. I am a partner with the law firm of Pashman Stein Walder Hayden, P.C. ("PSWH") and I lead the firm's Philadelphia office.

2. Since the inception of this litigation, PSWH has employed approximately 90 lawyers spread across five offices in New Jersey, New York, Pennsylvania, and Delaware.

3. I have been in practice since 1999 and, since that time, have litigated matters in state and federal courts around the country. Prior to joining PSWH in 2025 to lead their Philadelphia office, I was a partner at Duane Morris LLP, and, before that, I worked as an associate at Boies Schiller & Flexner LLP.

4. A full and complete copy of my firm biography is attached here as Exhibit A.

5. PSWH agreed to accept this case on a contingency basis, provided that Mr. Estrada pay a $10,000 retainer that would be collected by the firm if PSWH was unsuccessful in obtaining

a dismissal under Rule 12(b)(6) or Rule 56, and fee-shifting under the PA UPEPA, but only after an appeal of such denial.

6.     However, if PSWH were to prevail and obtain fee-shifting under the PA UPEPA, the retainer amount would be returned to Mr. Estrada.

7.     The PSWH attorneys involved in this case maintained contemporaneous billing records in the ordinary course of our work on this case.

8.     A full and complete copy of the firm's billing records for this matter is attached as Exhibit B.

9.     As indicated therein, my "rack" rate for 2025 was $875; that figure increased to $930 for 2026.

10.     I have served as lead counsel from the outset of this litigation. My partner, Bruce Rosen, Esq., also assisted me. Mr. Rosen has more than 35 years of experience and has been specifically recognized and honored for his work in First Amendment litigation. *See* a true and correct copy of Mr. Rosen's firm biography, attached here as Exhibit C.

11.     Mr. Rosen's "rack" rate for 2026 is $935 per hour; his "rack" rate for 2025 was $900.

12.     Mr. Rosen and I also supervised several more junior attorneys who assisted at various points in this case; they include Zackary Levy, who is a Counsel-level attorney at PSWH with twelve years of litigation experience; and associates Jooeun Kim, who has two years of litigation experience, Chelsea Nkrumah, who has three years of litigation experience, and Matthew Decker, who has twelve years of litigation experience.

13.     Mr. Levy billed time in this matter in 2025, when his rate was $545 per hour.

14. Ms. Kim and Ms. Nkrumah billed time in this matter in 2026, with rates of $495 per hour.

15. The novelty of the applicability of Pennsylvania's Uniform Public Expression Protection Act's ("PA UPEPA" or "Anti-SLAPP Law"), 42 Pa. C.S. §§ 8340.15, fee-shifting provision in federal court increased the complexity of Mr. Estrada's defense and required PSWH attorneys not only to spend time researching case law involving the claims asserted by the Plaintiffs, but also the vast body of existing First Amendment law on protected speech to support a defense and fee-shifting under PA UPEPA.

16. Furthermore, PSWH attorneys had to review the lengthy record of disciplinary action by the State Bar Disciplinary Boards of Pennsylvania, New Jersey, and Virginia, against Mr. Lento, as well as eighteen other similar frivolous defamation lawsuits filed by Plaintiffs.

17. Because of the lack of case law discussing the new PA UPEPA in Pennsylvania state or federal courts, PSWH attorneys also had to spend time analyzing the treatment of anti-SLAPP laws and fee-shifting in federal courts in other jurisdictions around the country to understand how such courts analyzed similar fee-shifting provisions under the *Erie* doctrine.

18. Plaintiffs' own missteps required PSWH to bill additional time as well.

19. For example, Plaintiffs filed the original complaint in the Philadelphia Court of Common Pleas, even though that Court lacked personal jurisdiction over Mr. Estrada; as such, PSWH was required to spend time analyzing, preparing, and filing a Notice of Removal – which was more complex than a typical diversity removal in this case because, at the time, there was no available precedent as to the applicability of UPEPA's fee-shifting provision in this federal district.

20. Similarly, Plaintiffs' failure to include any of the allegedly defamatory statements in their Amended Complaint further complicated the briefing of Mr. Estrada's motion to dismiss the Amended Complaint because PSWH attorneys had to identify and explain, without knowing exactly which specific statements were at issue, the statements Plaintiffs appeared to contend were defamatory.

21. Later, when Plaintiffs ultimately filed a Second Amended Complaint, they finally attempted to explain why certain statements made by Mr. Estrada were purportedly defamatory. Thus, at that time, PSWH attorneys had to expend additional time to address each of those statements and explain why it could not constitute defamation under Pennsylvania law.

22. Ultimately, our arguments prevailed, and the Court adopted the arguments we had spent time researching and crafting.

23. Following the July 21, 2026 Order, I engaged PSWH associate Matthew Decker to assist in drafting the Supplemental Brief for Fees, Costs, and Expenses as instructed by the Court. His 2026 "rack" rate is $580 per hour.

24. Mr. Decker billed 28.60 hours to research the supporting authority and drafting the Supplemental Brief, and I billed an additional 9.0 hours reviewing, revising, and finalizing the draft as well. In total PSWH attorneys billed 37.60 hours to prepare and file the instant Supplemental Brief.

25. That time was allocated to not only summarizing the proceedings in this case, but to reviewing, analyzing, and summarizing Mr. Estrada's defense against three different complaints, as well as researching case law regarding the reasonableness of attorneys' fees.

26.    Based on my decades of experience litigating cases in state and federal courts nationwide, and extensively in the Philadelphia region, it is my opinion that both the hourly rates charged by PSWH in this matter, and the number of hours incurred in light of the issues that had to be addressed, are reasonable and were either less than, or equal to, the range of hours I would expect a firm to incur in preparing a robust defense to the kinds of claims at issue.

I declare, pursuant to 28 U.S.C. § 1746, and under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2026

/s/ Seth A. Goldberg
Seth A. Goldberg

# EXHIBIT A





# Seth A. Goldberg

PARTNER, LITIGATION

267.319.7767

sgoldberg@pashmanstein.com

## PRACTICE AREAS

Appellate Advocacy

Artificial Intelligence (AI)

Cannabis & Hemp Law

Class Actions

Defamation and Anti-SLAPP

Health Care

Litigation

Local Counsel

## EDUCATION

J.D., Temple University Beasley School of Law, 1999

B.A., Temple University, 1994

Seth A. Goldberg is a partner in the firm's Litigation practice and leads the firm's Philadelphia office.

Seth has extensive experience representing businesses and their officers and directors in commercial litigation involving complex commercial contracts; antitrust and unfair competition; products liability and consumer fraud; fiduciary duties and corporate governance; tortious interference with contract; non-compete violations; and defamation and anti-SLAPP statutes. He routinely appears in federal and state courts and arbitrations and has been appointed to lead and liaison roles in class actions and multi-district litigation. He has also appeared before the SEC, FDA, FTC, state Attorney General offices and state Departments of Health in agency actions and regulatory matters.

Seth also advises executives and in-house counsel on business issues that may create litigation and liability exposure and on day-to-day litigation matters to assist them in resolving disputes before they turn into litigation and using litigation to maximize business objectives. Clients benefit from Seth's strategic advocacy, business acumen, and proven experience in negotiations, which allow clients to achieve optimal results cost-effectively.

Seth's forward-looking entrepreneurial spirit has led him to expand his litigation practice to emerging industries and practice areas where evolving laws create uncertainties that require sophisticated legal counsel.

www.pashmanstein.com



Given the growth of artificial intelligence, Seth is a member of the firm's multi-disciplinary AI Practice Group, which offers litigation, transactional, and compliance/governance advice to businesses developing and deploying AI-related platforms and software. In this connection, Seth has completed training in IAPP's AI Governance Professional program, one of the leading professional certifications focused on AI governance and compliance.

Seth is also ranked in cannabis law nationally by Chambers and Partners USA. He co-manages the firm's Cannabis and Hemp practice and he has represented cannabis operators, ancillary companies, and investors in a broad range of cannabis business, regulatory, and litigation matters, including writing amicus briefs on behalf of the American Trade Association for Cannabis & Hemp.

The Chambers USA ranking list is published by Chambers and Partners. A description of the selection methodology can be found at https://chambers.com/about-us/methodology. No aspect of this advertisement has been approved by the Supreme Court of New Jersey.

## Representative Matters

Our firm is proud of the results it has achieved for clients, some of which are noted here. Of course, each legal matter is unique on many levels, and past successes are not a guarantee of results in any other pending or future matters.

Certain of the matters below were handled by Seth prior to his joining Pashman Stein Walder Hayden P.C.:

## Commercial Litigation and Complex Litigation

- Defending a health system against breach of contract claims arising out of an M&A transaction relating to an ambulatory surgical center.

- Defending a health system in litigation arising out of a complex M&A transaction with another health system.

- Represented a radiology practice group in an arbitration involving a claim for breach of contract, obtaining summary judgment and an award of attorneys' fees on the client's behalf.

- Represented a health system in southern New Jersey against a specialty hospital in commercial litigation in New Jersey state court whereby the specialty hospital claimed that health system's acquisition of a hospital in 2019 caused the acquired hospital to breach a restrictive covenant in a contract with the specialty hospital, and resulted in the health system inducing the alleged breach and competing unfairly with the plaintiff. This matter was resolved by mutual agreement of the parties and dismissed in its entirety with prejudice.

- Appointed by the Court as "Defense Liaison Counsel" and to the "Defendants' Executive Committee" in MDL No. 2875, *In Re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, and individually represented a generic active pharmaceutical ingredient manufacturer, finished dose manufacturer, distributor, and retailers in the more than 1000 products liability and 18 consumer class fraud class actions that alleged bodily injury and economic loss claims



arising out of an alleged nitrosamine "contaminant" in valsartan.

- Represented a national class of osteopaths in a class action alleging that the American Osteopathic Association's conditioning of board certification on the purchase of membership in the Association constituted unlawful tying in violation of antitrust laws. The class action was resolved with a value of approximately $84 million.

- Represented a statewide class of emergency room physicians in Tennessee asserting class action claims against health insurance companies arising out of improper reimbursement for so-called "non-emergency" services.

- Represented a health system of four hospitals in southern New Jersey against a specialty hospital in a state court litigation spanning more than ten years where the specialty hospital asserted unfair competition and civil conspiracy against the health system.

- Represented to a statewide class of emergency room physicians in Illinois asserting class action claims in an arbitration against health insurance companies arising out of improper reimbursement for non-contracted services provided to beneficiaries enrolled in the insurer's Medicaid plan.

- Represented a national class of hospitals asserting class action claims against two insurance companies arising out of improper reimbursement for facility charges, as opposed to professional charges.

- Obtained summary judgment on a health system of four hospitals in southern New Jersey against a specialty hospital in southern New Jersey, in federal antitrust litigation in which the court held the specialty hospital failed to show any adverse effect on competition in the market.

- Counsel to a Philadelphia-area hospital in an action alleging antitrust claims against the region's largest health insurance company arising out of hospital reimbursement rates.

- Counsel to one of the world's largest private equity firms and a venture capital firm in an action seeking $48 million in damages arising out of the breach of a merger agreement relating to the acquisition of a medical device company and regulatory approval of a medical device.

- Counsel to one of the world's largest private equity firms and a venture capital firm in an action seeking $225 million in damages arising out of the breach of a merger agreement relating to the acquisition of a medical device company and regulatory approval of a medical device.

- Counsel to a publicly traded medical device manufacturer asserting claims for breach of restrictive covenants and tortious interference with contract against a competitor and former sales representatives.

- Counsel to an executive of a publicly traded pharmaceutical manufacturer in an investigation arising out of an alleged violation of restrictive covenants.

- Representing two health systems in a case against the state of New Jersey, seeking to hold unconstitutional as "special legislation" a law that transfers the right to provide emergency medical services from the health systems to other hospitals without regard to the established regulatory structure.



- Counsel to a healthcare association in Pennsylvania in a challenge to a General Appropriations Act that set a default reimbursement rate for out-of-network emergency services provided to enrollees of Medical Assistance managed care organizations; the Supreme Court of Pennsylvania issued a unanimous ruling invalidating the provision in favor of the Duane Morris client.

- Defending a group purchasing organization of online vacation hosts in a federal antitrust action brought by an alleged competitor.

- Defending a clothing manufacturer and online retailer in a class action arising out of alleged ADA violations.

- Defending a client against defamation claims in a matter involving First Amendment rights and raising an anti-SLAPP defense.

- Defended a cannabis cultivator, product manufacturer, and retailer in a class action lawsuit asserting claims for consumer fraud, false advertising, and unfair competition arising out of allegations of mislabeling cannabis products with regard to THC potency.

- Defended an executive of a publicly traded company in an SEC investigation and dozens of class actions arising out of alleged disclosure violations concerning the executive's personal business arrangements with the company, the company's accounting for certain commercial transactions, and the company's liquidity. All claims were dismissed, and the SEC issued a "no-action" letter following a multi-year investigation.

- Defended one of the world's largest REITs in class actions, asserting claims for breach of fiduciary duty and securities law violations arising out of a proposed $3 billion merger.

- Defended an executive of a publicly traded company in class actions arising out of alleged disclosure violations concerning the executive's compensation, as well as other commercial transactions of his company.

## Cannabis

- Represented the American Trade Association for Cannabis and Hemp as amicus curiae in appeals in the Eighth Circuit Court of Appeals and the Fourth Circuit Court of Appeals in matters involving the constitutionality of state restrictions on the use of intoxicating hemp cannabinoids in products for human consumption.

- Advising California-licensed cannabis testing lab with regard to changing testing regulations, and comments thereto, with a specific focus on THC potency and contaminants.

- Represented a management company and investor in a contract dispute with a Massachusetts-licensed operator over reimbursement for services provided by the management company and the payment of fees owed to the management company.

- Represented a coalition representing approximately 85% of the cannabis operators licensed in Pennsylvania, in engaging with the PA Department of Health on behalf of PCC in connection with DOH's investigation into vape additives and ingredients, and its market-wide recall of thousands of vape pens; also authored an amicus brief on



behalf of PCC and its members in litigation brought by a few operators against DOH to successfully stop the recall.

- Represented a college in connection with the development of its's bachelor program entitled "The Corporatization of Cannabis," advising the college on the regulatory issues related to offering a degree in the business of cannabis, and how its students can participate in internships with cannabis operators, given the federally unlawful nature of cannabis.

- Advised an industry-leading environmental consulting company with offices throughout the US and worldwide that services traditional industries in its expansion of offering environmental consulting services to US cannabis operators.

- Advised an industry-leading packaging company that services traditional industries with annual global revenues exceeding $2 billion in its expansion of offering packaging materials to the cannabis industry.

- Advised a healthcare data and analytics company in connection with its acquisition of a cannabis seed-to-sale tracking company that contracts to provide services to more than a dozen states and foreign governments, with a specific focus on the client's listing on Nasdaq.

- Cannabis regulatory counsel for a publicly traded global cannabis company in connection with its U.S. cannabis business interests, including regulatory matters pertaining to a $300 million acquisition of a hemp-derived CBD product manufacturer and the distribution of hemp-derived CBD topicals and vapors in all 50 U.S. states.

- Cannabis regulatory counsel for a private credit asset management firm in connection with a $50 million secured financing to a premier producer of packaging and other ancillary products and services to the cannabis and hemp industries.

- Cannabis regulatory counsel to a publicly traded manufacturer of industrial pump equipment supplied to the U.S. cannabis industry in connection with its supply contracts and compliance with state and federal cannabis regulations.

- Cannabis regulatory counsel for a manufacturer of hemp-derived CBD products in connection with the distribution of its hemp-derived CBD topicals and vapors in convenience store chains in more than two-dozen U.S. states.

- Cannabis regulatory counsel for French manufacturer of chromatography equipment supplied to the U.S. cannabis industry with respect to supply contracts and compliance with state and federal cannabis regulations.

- Cannabis regulatory counsel for one of the largest internet medical ad networks in connection with advertising cannabis-related businesses using its health market online advertising services.

- Represent the Defendants-THC and CBD vaping and infused product manufacturers-in the first ever federal trademark infringement action involving federal trademark rights to use the WOODSTOCK trademark on smoking-related products, including vapor. *See* Woodstock Ventures LC, et al. v. Woodstock Products Co. International, Inc., et al., SDNY 1:18-cv-01840-RWS.

- Cannabis regulatory counsel for a Fortune 500 natural gas company in connection with its evaluation of supplying natural gas and related products and equipment to cannabis cultivators and processors.



- Cannabis regulatory counsel for a venture capital fund in connection with its investments in California and Massachusetts cannabis operations and real estate holdings pertaining to cannabis operations.

- Provide cannabis-related banking and regulatory advice concerning payment systems for cannabis dispensary operations.

- Represent THC and CBD infused product manufacturer in documenting a bridge loan for $2,000,000 in operating capital.

- Represent THC and CBD infused product manufacturer in connection with corporate restructuring, with a particular emphasis on intellectual property assets and taxation.

- Cannabis regulatory counsel for a world-renowned neurosurgeon in connection with a clinical research program involving THC and CBD.

- Represent a vertically integrated operator with licenses in MA, MD, and NH in various aspects of its business, including general corporate, capital raising, and intellectual property.

- Cannabis regulatory counsel for a Canadian cannabis fund with subsidiary entities, employees and contractors in California.

- Representing a Canadian company in connection with its 20-F Registration filed with the SEC.

- Advising one of the world's leading hospitals in connection with their research into the therapeutic benefits of THC and CBD.

- Cannabis regulatory counsel to a cannabis-related venture capital fund in the creation of the fund and capital formation activities, as well as advising on portfolio companies in ancillary cannabis businesses.

- Advising universities interested in conducting cannabis-related research on the wide range of pertinent regulatory issues.

- Representing an applicant for permits to grow, process and dispense medical marijuana pursuant to the clinical registrant provisions of Pennsylvania's Medical Marijuana Act in connection with their applications.

## AI

- Advised the developer of an app that uses biometric facial recognition technology with respect to terms of use and internal governance and compliance.



## Honors & Awards

- Selected for inclusion in *Chambers USA:* Cannabis 2018-2026
- Named a "Law Firm Innovator" by *The Legal Intelligencer*'s Professional Excellence Awards 2021
- Listed in Pennsylvania Trailblazers by *The Legal Intelligencer,* 2019
- Named to *National Law Journal*'s Cannabis Law Trailblazers List, 2018

The Chambers USA ranking list is published by Chambers & Partners. A description of the selection methodology can be found at https://chambers.com/about-us/methodology.

No aspect of this advertisement has been approved by the Supreme Court of New Jersey.

## Community & Professional Associations

- University of Pennsylvania Inn of Court
- American Bar Association
- Pennsylvania Bar Association
- Philadelphia Bar Association
- New Jersey Bar Association
- District of Columbia Bar Association
- Florida Bar Association
- American Trade Association for Cannabis and Hemp (ATACH)
- Girard College High School
  - Developed and implemented a mentoring program for juniors and seniors interested in the practice of law
  - Coach, Mock Trial Team
- Leadership Council for Legal Diversity, Mentor

## Bar Admissions

Pennsylvania

New Jersey

Florida



Washington, D.C.

## Court Admissions

U.S. District Court, Eastern District of Pennsylvania

U.S. District Court, Eastern District of Wisconsin

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Third Circuit

U.S. Court of Appeals, Ninth Circuit

## Cannabis

Seth has built an extensive cannabis and hemp practice. He has been recognized as an innovator in cannabis law, having spearheaded the establishment of the cannabis practice at his prior Am Law 100 firm in 2015. Seth represents clients with cannabis- and hemp-related interests in business disputes and litigation, regulatory matters and actions, and mergers and acquisitions. He possesses a deep working knowledge of the complex and unique federal and state laws and regulations, including the Controlled Substances Act (CSA), anti-money laundering laws (AML), and 2018 Farm Bill, that impact businesses and individuals with cannabis-related interests. His experience in this regard includes:

- Representing cannabis companies in product-related litigation and business advice, including matters involving claims of product mislabeling.
- Providing regulatory advice to cannabis growers, processors, dispensaries, and testing laboratories with respect to compliance with state adult-use and medical marijuana laws and regulations.
- Providing regulatory advice in cannabis-related mergers and acquisitions to ensure such transactions are structured to comply with state adult-use and medical marijuana laws and regulations.
- Providing regulatory advice to ancillary non-cannabis companies in various industries, including consumer packaged goods, banks and financial services, advertising, raw materials, industrial agriculture and equipment, and packaging, regarding entering the cannabis space and providing services to cannabis companies under the U.S. federal and state cannabis regulatory regime, with a particular emphasis on the CSA and AML
- Representing clients in cannabis-related state agency investigations and actions regarding alleged violations of state cannabis laws and regulations.
- Advising cannabis and hemp clients with respect to supply chain arrangements to ensure production and distribution requirements comply with federal and state laws and regulations.



- Providing regulatory advice to hemp-derived CBD product manufacturers with respect to the compliance with state-by-state hemp laws and regulations that would impact the nationwide distribution and retail sale of CBD-containing consumer products.

- Conducting due diligence of cannabis merger and acquisition targets with respect to their cannabis operations and historical compliance with state cannabis laws and regulations.

- Advising as to the structure of new cannabis ventures, and assisting with developing the content for their cannabis permit applications.

In addition, Seth is an industry thought leader, frequently writing and speaking on cannabis-related issues. He has been actively involved in the American Trade Association for Cannabis and Hemp ("ATACH") and routinely collaborates with ATACH and industry stakeholders on issues of high importance to the cannabis industry. He participates in ATACH's Capital Markets Council, Cannabis Beverages Council and CBD Task Force.

Seth is ranked in cannabis law nationally by Chambers and Partners USA.

The Chambers USA ranking list is published by Chambers and Partners. A description of the selection methodology can be found at https://chambers.com/about-us/methodology. No aspect of this advertisement has been approved by the Supreme Court of New Jersey.

www.pashmanstein.com

# EXHIBIT B



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
Tax I.D. 22-3384189

Kris Estrada
2163 Corktree Lane
San Jose, CA 95132

August 11, 2026

Invoice #202988

File Number: 33187-001

RE: adv. Lento Law Group and Lento Law Firm

## PROFESSIONAL SERVICES

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/2025 | SGoldbe | Analyzed UPEPA and related federal and state court cases with a focus toward whether to remove | 2.40 | $875.00 | $2,100.00 |
| 05/23/2025 | SGoldbe | Reviewed Lento Actions in other cases and analyzed UPEPA federal and state court cases with a focus toward whether to remove | 2.70 | $875.00 | $2,362.50 |
| 05/28/2025 | SGoldbe | Drafted notice of removal, including review of pleadings and rules | 1.60 | $875.00 | $1,400.00 |
| 05/29/2025 | SGoldbe | Revised and finalized notice of removal, including review of research regarding amount in controversy (1.2); communications with client regarding erroneous proof of service and drafted letter to Katz regarding same, including review of related materials (1.7) | 2.90 | $875.00 | $2,537.50 |
| | ZL | Research and review case law and statutes re removal of diversity cases for open ended amount of damages (1.4) and review and revise notice of removal (.8) | 2.20 | $545.00 | $1,199.00 |
| 05/31/2025 | SGoldbe | Drafted memorandum of law in support of motion to dismiss, including reviewing/researching cases/statutes, statements and pleadings | 2.70 | $875.00 | $2,362.50 |
| 06/01/2025 | SGoldbe | Drafted memorandum of law in support of motion to dismiss, including reviewing/researching cases/statutes, statements and pleadings | 2.80 | $875.00 | $2,450.00 |
| 06/02/2025 | BRosen | Review draft and comment | 0.60 | $900.00 | $540.00 |

Kris Estrada Pashman Stein Walder Hayden

Kris Estrada adv. Lento Law Group and Lento Law Firm August 11, 2026

Invoice #  202988 Page:   2

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SGoldbe | Prepared and filed amended notice of removal with declaration and exhibits and related communications with client and Katz | 1.80 | $875.00 | $1,575.00 |
| 06/03/2025 | BRosen | Call with S. Goldberg re meet and confer issue | 0.20 | $900.00 | $180.00 |
| 06/04/2025 | ZL | Research and review case law defamation and other causes of action | 3.20 | $545.00 | $1,744.00 |
| 06/09/2025 | SGoldbe | Revised motion to dismiss with focus toward SLAPP sections | 2.80 | $875.00 | $2,450.00 |
| | SGoldbe | Communications plaintiffs' counsel and Kris re motion to dismiss | 0.30 | $875.00 | $262.50 |
| | ZL | Review updated draft of motion to dismiss brief; research and review additional cases regarding dismissal of defamation, trade libel and tortious interference; review and revise brief re same | 2.20 | $545.00 | $1,199.00 |
| 06/11/2025 | SGoldbe | Further edits to draft motion to dismiss | 0.40 | $875.00 | $350.00 |
| 06/16/2025 | BRosen | Review/edit brief and make suggestions | 1.00 | $900.00 | $900.00 |
| 06/19/2025 | SGoldbe | Revised motion, order and memo of law and related research on public concern and defamation | 1.60 | $875.00 | $1,400.00 |
| 06/20/2025 | BRosen | Final review of brief | 0.50 | $900.00 | $450.00 |
| | SGoldbe | Additional research on public concern and speech cases and further edits to brief, including chart on statements | 1.60 | $875.00 | $1,400.00 |
| 06/23/2025 | SGoldbe | Additional research on tortious interference cases and finalized brief for filing | 1.40 | $875.00 | $1,225.00 |
| 07/14/2025 | BRosen | Strategy with SG re proposal by Katz | 0.30 | $900.00 | $270.00 |
| | SGoldbe | Communications Katz, Rosen and Client regarding request for second amended complaint | 0.40 | $875.00 | $350.00 |
| 07/17/2025 | BRosen | Review opposition to MTD and email, call and emails with SG, some research on enclosing amended complaint EDPA, review SG research | 1.90 | $900.00 | $1,710.00 |
| | SGoldbe | Reviewed motion for leave to amend and communications with Rosen regarding same | 0.40 | $875.00 | $350.00 |
| 07/22/2025 | BRosen | Draft reply to Opposition in MTD | 2.10 | $900.00 | $1,890.00 |
| 07/23/2025 | BRosen | Draft reply brief | 1.90 | $900.00 | $1,710.00 |
| 07/24/2025 | BRosen | Final look at brief | 0.40 | $900.00 | $360.00 |

Kris Estrada

Kris Estrada adv. Lento Law Group and Lento Law Firm

Invoice #  202988

Pashman Stein Walder Hayden

August 11, 2026

Page:    3

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SGoldbe | Reviewed draft reply/opposition brief and revised, including pertinent research regarding Pennsylvania law; finalized brief for filing | 3.30 | $875.00 | $2,887.50 |
| 11/06/2025 | BRosen | Emails with SG re Summary Judgment and developments re Lento | 0.60 | $900.00 | $540.00 |
| 12/10/2025 | BRosen | Review decision and analyze, call with SG | 0.50 | $900.00 | $450.00 |
| | SGoldbe | Reviewed court order on motion to dismiss and related communications with Kris and Bruce | 0.90 | $875.00 | $787.50 |
| 12/11/2025 | BRosen | Review amended complaint | 0.40 | $900.00 | $360.00 |
| | SGoldbe | Review second amended complaint and related communications with Kris and Bruce | 0.70 | $875.00 | $612.50 |
| 12/22/2025 | SGoldbe | Communications opposing counsel and court regarding schedule | 0.60 | $875.00 | $525.00 |
| 12/29/2025 | SGoldbe | Reviewed second amended complaint and began drafting motion to dismiss | 1.20 | $875.00 | $1,050.00 |
| 01/02/2026 | SGoldbe | Drafted motion to dismiss, including review of Second Amended Complaint, disciplinary action orders and lawsuits filed in PCCP | 4.20 | $930.00 | $3,906.00 |
| 01/05/2026 | SGoldbe | Drafted motion to dismiss, including review of pertinent disciplinary record and research on pertinent defamation issues | 4.20 | $930.00 | $3,906.00 |
| 01/06/2026 | SGoldbe | Drafted/revised motion to dismiss, including research on pertinent defamation issues and amendment issues and focus on SLAPP and page limitations | 3.30 | $930.00 | $3,069.00 |
| 01/08/2026 | BRosen | Edit draft MTD brief, call with SAG, emails, research on libel proof plaintiff | 2.50 | $935.00 | $2,337.50 |
| | SGoldbe | Drafted/revised motion to dismiss and related communications client and Bruce | 2.20 | $930.00 | $2,046.00 |
| 01/09/2026 | BRosen | Review revise brief and comment | 0.80 | $935.00 | $748.00 |
| | SGoldbe | Revised brief, including reviewing cases on libel proof and additional research on fact statements (3.8) and had related communications with Client and Bruce and revised brief (.4) | 4.20 | $930.00 | $3,906.00 |
| 01/10/2026 | JFKim | Review brief in support of motion to dismiss plaintiff's second amended complaint to check case citations. | 3.10 | $495.00 | $1,534.50 |
| 02/02/2026 | CNkruma | C/C with SG re: case; Reviewing briefing | 0.80 | $495.00 | $396.00 |

Kris Estrada | Pashman Stein Walder Hayden
Kris Estrada adv. Lento Law Group and Lento Law Firm | August 11, 2026
Invoice #  202988 | Page:    4

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  | SGoldbe | Communications Chelsea concerning Anti-SLAPP arguments for reply brief | 0.70 | $930.00 | $651.00 |
| 02/03/2026 | SGoldbe | Communications court concerning extension for reply | 0.70 | $930.00 | $651.00 |
| 02/04/2026 | CNkruma | Research on UPEPA and fee-shifting | 1.80 | $495.00 | $891.00 |
|  | SGoldbe | Drafting reply brief, including review of earlier filings and opposition brief | 3.40 | $930.00 | $3,162.00 |
| 02/05/2026 | CNkruma | Finalizing draft | 1.20 | $495.00 | $594.00 |
|  | CNkruma | Editing reply section; C/Cs with SG; Research on issue of fee-shifting | 2.20 | $495.00 | $1,089.00 |
|  | SGoldbe | Drafted reply brief and exhibit, including incorporating Chelsea's research and cases regarding Anti-SLAPP | 3.40 | $930.00 | $3,162.00 |
| 02/06/2026 | SGoldbe | Drafted reply brief and exhibit and reviewed Chelsea's revised draft and research and cases regarding Anti-SLAPP and consumer online reviews and revised and incorporated | 5.20 | $930.00 | $4,836.00 |
| 02/09/2026 | CNkruma | Cite checking and bluebooking | 2.00 | $495.00 | $990.00 |
|  | SGoldbe | Revised and finalized brief and exhibit for filing with focus on streamlining | 3.20 | $930.00 | $2,976.00 |
| 07/27/2026 | MDecker | Reviewing case filings and file materials | 0.50 | $580.00 | $290.00 |
| 07/28/2026 | MDecker | Conducting research re: applicable legal framework for assessing legal fees to be awarded | 1.50 | $580.00 | $870.00 |
| 07/29/2026 | MDecker | Preparing Petition for Fees and Costs | 4.20 | $580.00 | $2,436.00 |
| 07/30/2026 | MDecker | Drafting Petition for fees and costs | 3.00 | $580.00 | $1,740.00 |
| 07/31/2026 | MDecker | Reviewing billing invoice and preparing analysis of hour allocations by attorney for fee petition | 1.60 | $580.00 | $928.00 |
|  | MDecker | Drafting Petition for Fees, Costs, and Expenses | 1.10 | $580.00 | $638.00 |
| 08/03/2026 | MDecker | Drafting Petition for Fees, Costs, and Expenses | 5.70 | $580.00 | $3,306.00 |
| 08/04/2026 | MDecker | Drafting and Revising Fee Petition | 3.70 | $580.00 | $2,146.00 |
|  | MDecker | Meeting with S. Goldberg to discuss strategy for Fee Petition and revisions to brief | 0.60 | $580.00 | $348.00 |
|  | MDecker | Drafting Goldberg Certification to support Fee Petition | 0.70 | $580.00 | $406.00 |
|  | SGoldbe | Reviewed draft fee petition and related communications with Matt Decker | 1.20 | $930.00 | $1,116.00 |

Kris Estrada

Pashman Stein Walder Hayden

Kris Estrada adv. Lento Law Group and Lento Law Firm

August 11, 2026

Invoice #  202988

Page:    5

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2026 | MDecker | Drafting and revising Fee Petition | 2.30 | $580.00 | $1,334.00 |
| 08/06/2026 | SGoldbe | Drafted/revised fee briefing | 1.60 | $930.00 | $1,488.00 |
| 08/07/2026 | MDecker | Conducting research re: arguments on division of work between partners and associates for fee petition | 0.70 | $580.00 | $406.00 |
| | SGoldbe | Drafted/revised fee briefing | 3.20 | $930.00 | $2,976.00 |
| 08/08/2026 | SGoldbe | Drafted/revised fee briefing | 1.80 | $930.00 | $1,674.00 |
| 08/09/2026 | MDecker | Drafting and revising Fee petition and supporting attorney declaration | 1.00 | $580.00 | $580.00 |
| 08/10/2026 | MDecker | Preparing proposed order to submit with fee petition | 0.10 | $580.00 | $58.00 |
| | MDecker | Drafting and revising fee petition | 1.40 | $580.00 | $812.00 |
| | SGoldbe | Additional edits to brief and related communications with Matt | 1.20 | $930.00 | $1,116.00 |
| 08/11/2026 | MDecker | Finalizing fee petition and supporting documents and exhibits for filling | 0.50 | $580.00 | $290.00 |
| | Total | | 137.20 | | $107,748.50 |

## DISBURSEMENTS

| Description | Amount |
|---|---|
| Filing fees | $405.00 |
| Total | $405.00 |

Kris Estrada                                                    Pashman Stein Walder Hayden

Kris Estrada adv. Lento Law Group and Lento Law Firm                        August 11, 2026

Invoice #  202988                                                            Page:     6

## PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CNkruma | Nkrumah, Chelsea J. | Associate | 8.00 | $495.00 | $3,960.00 |
| JFKim | Kim, Jooeun Fiona | Associate | 3.10 | $495.00 | $1,534.50 |
| MDecker | Decker, Matthew S. | Associate | 28.60 | $580.00 | $16,588.00 |
| ZL | Levy, Zachary | Counsel | 7.60 | $545.00 | $4,142.00 |
| BRosen | Rosen, Bruce S. | Partner | 3.30 | $935.00 | $3,085.50 |
| BRosen | Rosen, Bruce S. | Partner | 10.40 | $900.00 | $9,360.00 |
| SGoldbe | Goldberg, Seth A. | Partner | 43.70 | $930.00 | $40,641.00 |
| SGoldbe | Goldberg, Seth A. | Partner | 32.50 | $875.00 | $28,437.50 |
| Total | | | 137.20 | | $107,748.50 |

Total Fees & Disbursements                                              $108,153.50

## Balance due upon receipt                                        108,153.50

### Citizens 4017 IOLTA PA

| Date | Activity | Receipt | Disbursement | Balance |
|---|---|---|---|---|
| 5/30/2025 | Payment Received from: KRIS EMMANUEL ESTRADA Check #:  Retainer | $10,000.00 | | $10,000.00 |

Go green • save time and decrease costs • conveniently use e-check online payment
https://pashmansteinwach.securepayments.cardpointe.com/pay

# EXHIBIT C

# PashmanStein
## WalderHayden
A Professional Corporation



# Bruce S. Rosen
PARTNER

+12014884878

brosen@pashmanstein.com

## PRACTICE AREAS

Artificial Intelligence (AI)

Criminal Defense

Crisis Management

Defamation and Anti-SLAPP

Investigations - Governmental & Internal

Litigation

Media Law

Petroleum Marketing Practices Act

## EDUCATION

J.D., Seton Hall University School of Law, 1986

B.S., Georgetown University School of Foreign Service, 1975

Bruce S. Rosen is a partner at Pashman Stein Walder Hayden P.C. with more than 35 years of experience in high profile First Amendment litigation, commercial litigation and criminal defense. He has successfully argued several cases before the New Jersey Supreme Court and the U.S. Court of Appeals for the Second and Third Circuits, as well as many other courts in New Jersey, New York and elsewhere.

*Media and First Amendment Law*

Bruce's background as an award-winning newspaper reporter and editor gives him a unique perspective in counseling clients on First Amendment matters regarding free speech, media law (including defamation and open public records) and religious freedom. His practice extends to issues related to shield law protection, access to public information, web defamation, workplace privacy, data theft, and appropriation of image. He was a vociferous advocate for the state's anti-SLAPP (Strategic Lawsuit Against Public Participation) law and since its enactment in 2023 he has been actively involved in the practice and has won numerous cases now working their way through the appeals process.

Bruce is nationally recognized for his work defending news organizations such as newspapers, online entities, television networks, and other media outlets as well as individuals against claims by public figures and individuals. He has appeared in important cases before appeals courts as *amicus curiae* (friends of the court) on behalf of media organizations and is often asked to provide expert opinions



regarding First Amendment issues.

Additionally, he represents individuals sued for libel over allegedly defamatory Internet posts or reviews on social media sites.

*Commercial Litigation*

Bruce is engaged by corporations, privately held businesses, and petroleum industry companies to handle complex commercial matters including contract disputes, class action defense, public school issues, and business disputes such as minority shareholder matters, employment litigation, environmental law and insurance coverage, and Petroleum Marketing Practices Act issues.

A zealous advocate for his clients, Bruce values alternative dispute resolution and settlement when litigation is likely unnecessary. Clients appreciate his dedication to constant communication, his ability to establish a streamlined legal team, and his capacity to write and verbalize their issues persuasively to adversaries and courts.

*Crisis Management*

Bruce is frequently engaged to provide crisis management counsel on sensitive corporate or individual issues that may draw or have already drawn media attention. He draws upon the extensive experience of attorneys in the firm's Criminal Defense and Governmental Investigations practices to provide an integrated approach to resolve his clients' crisis. He also collaborates with corporate communications departments and individual advisors such as managers or agents to develop a strategic crisis communications plan to minimize risk in advance of significant legal, financial, and public relations exposure.

*Investigations*

Bruce serves as an outside investigator for business clients in all types of internal probes, including allegations of workplace fraud, theft or harassment, employment claims, and various sensitive issues. He has particular experience representing nonprofit organizations, including those in the religious sector to ensure thorough and fair investigations are conducted.

Whether dealing with a crisis situation or more traditional litigation, Bruce works with his clients to implement a strategic approach tailored to meet their business needs. His unique professional background in news allows him to advocate in a compelling manner toward achieving positive outcomes.

Bruce is proud of the results he has achieved for clients, some of which are noted here and under the "Experience" section of this biography. Of course, each legal matter is unique on many levels, and past successes are not a guarantee of results in any other pending or future matters.

## Representative Matters

Our firm is proud of the results it has achieved for clients, some of which are noted here. Of course, each legal matter is unique on many levels, and past successes are not a guarantee of results in any other pending or future matters.

- Successfully represented parties and amicus before the New Jersey Supreme Court in appeals involving the fair report privilege, who is a journalist eligible for shield-law protection, whether there can be presumed damages in defamation matters, what constitutes actual malice, and whether a defendant or convicted offender may claim an arrest/conviction never occurred for purposes of filing a defamation lawsuit.

- Quashed a subpoena and won a ruling that an unpaid government watchdog blogger was a journalist under the Newsperson's Shield Law.

- Successfully obtained records of 9/11 emergency calls from the Port Authority of New York and New Jersey on behalf of a news organization, supported by 9/11 families.

- Successfully represented a large media company in the pursuit of state records on forgiveness of debts to public agencies and crafting a legal-fee settlement with the state for refusal to initially provide those records.

- Supervised a large-scale investigation of alleged abuse at a non-profit camp.

- Successfully represented petroleum marketing businesses in varied lawsuits concerning contract and employment issues and the Petroleum Marketing Practices Act.

- Actively litigated numerous cases involving religious liberty issues.

- Represented a client sued by a law firm in Mercer County for alleged defamation in a social media post. The case was dismissed with prejudice and fees awarded; appeal pending.

- Represented an adversary in a real estate transaction sued by a law firm in Somerset County for alleged defamation in a social media post. The case was dismissed with prejudice and a fee application is pending.

- Represented a law firm sued by a major corporation in Camden County for alleged defamation for its description on social media and the firm's website of an employment lawsuit filed by the law firm on behalf of an executive of that corporation. The case was dismissed with prejudice and fees awarded; appeal pending.

## Honors & Awards

- *Selected for inclusion in the list of Thompson Reuters New Jersey Super Lawyers*, 2006-2026

- Selected for inclusion in the list of *The Best Lawyers in America*© 2005-2026 for work in Commercial Litigation, Criminal Defense: White-Collar, First Amendment Law, Litigation – First Amendment

www.pashmanstein.com



- *Best Lawyers* Hackensack "Lawyer of the Year" in Criminal Defense: White-Collar, 2023

- *Best Lawyers* Newark "Lawyer of the Year" in Litigation – First Amendment, 2015, 2017, 2019, 2021

- *Best Lawyers* Newark "Lawyer of the Year" in First Amendment Law, 2013, 2016, 2018, 2020

- *Selected for inclusion in the list of Martindale-Hubbell® AV Preeminent™ Peer Review Rated lawyers*

Methodologies*

The Best Lawyers list is issued by BL Rankings, LLC of the selection methodology can be found at https://www.bestlawyers.com/About/MethodologyBasic.aspx.

The *Super Lawyers* list is issued by Thomson Reuters. A description of the selection methodology can be found at: http://www.superlawyers.com/about/selection_process.html.

The Martindale-Hubbell® Peer Review Ratings list is issued by Martindale-Hubbell. A description of the selection methodology can be found at https://www.martindale.com/ratings-and-reviews/.

No aspect of this advertisement has been approved by the Supreme Court of New Jersey.

## Community & Professional Associations

- New Jersey Supreme Court Committee on Attorney Advertising, Vice-Chair, 2025-present & member, 2020-present

- American Bar Foundation, Fellow

- Association of the Federal Bar of New Jersey

- Association of Criminal Defense Lawyers – NJ

- Media Law Resource Center, Defense Counsel Section

- New Jersey Supreme Court Criminal Practice Committee, 2007-2009

- Media Law Committee of the New Jersey State Bar Association, chair, 2002-2005

- Rutgers University School of Law-Newark, adjunct professor, Law and Mass Communications, 2003-present

- Editorial Board, *New Jersey Law Journal*, 1990-present

- S. District Court Criminal Justice Act Panel, 2002-present

- New Jersey Public Policy (NJPP), Board of Trustees, 1998-2011

- *New Jersey Law Journal*, editor in chief, and American Lawyer Newspapers, executive editor, 1986-1990

- Award-winning newspaper reporter for *The Record* of Hackensack, NJ, covering legal and other issues, 1977-1986



## Bar Admissions

New York, 2008

District of Columbia, 2007

New Jersey, 1986

## Court Admissions

U.S. Supreme Court

U.S. District Court, District of New Jersey

U.S. District Court, Eastern District of New York

U.S. District Court, Northern District of New York

U.S. District Court, Southern District of New York

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Third Circuit

www.pashmanstein.com