# EXHIBIT B

ELM Solutions

# 2025 Real Rate Report® powered by LegalVIEW® DynamicInsights

The industry's leading analysis of law firm rates, trends, and practices

 Wolters Kluwer

# Section I: High-Level Data Cuts

**Detailed Practice Area**
By Matter Type

**2025 Real Rates for Partner, Associate, and Paralegal**

**Trend Analysis - Mean**

| Practice Area | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|---|---|---|---|---|---|---|---|---|---|
| Commercial | Litigation | Partner | 497 | $481 | $685 | $1,055 | $812 | $802 | $766 |
| | | Associate | 387 | $368 | $575 | $787 | $618 | $600 | $553 |
| | | Paralegal | 185 | $191 | $250 | $350 | $285 | $288 | $285 |
| | Non-Litigation | Partner | 343 | $575 | $805 | $1,160 | $923 | $882 | $894 |
| | | Associate | 189 | $416 | $560 | $805 | $642 | $637 | $667 |
| | | Paralegal | 55 | $235 | $295 | $435 | $346 | $360 | $336 |
| Corporate: Antitrust and Competition | Litigation | Partner | 29 | $938 | $1,055 | $1,154 | $1,120 | $1,121 | $1,111 |
| | | Associate | 42 | $635 | $700 | $902 | $782 | $766 | $749 |
| | | Paralegal | 14 | $281 | $328 | $423 | $367 | $352 | $386 |
| | Non-Litigation | Partner | 31 | $891 | $1,144 | $2,093 | $1,393 | $1,291 | $1,212 |
| | | Associate | 32 | $616 | $769 | $1,292 | $958 | $884 | $747 |
| | | Paralegal | 10 | $421 | $466 | $525 | $439 | $386 | $346 |

# Section IV: In-Depth Analysis for Select US Cities

## Philadelphia, PA
By Practice and Firm Size

**2025 - Real Rates for Associate and Partner**

**Trend Analysis - Mean**

| Practice Area | Firm Size | Role | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy and Collections** | **201-500 Lawyers** | Partner | 22 | $644 | $841 | $933 | $839 | $795 | $690 |
| | | Associate | 19 | $372 | $442 | $653 | $496 | $484 | $475 |
| **Commercial** | **51-200 Lawyers** | Partner | 17 | $500 | $918 | $1,181 | $884 | $873 | $772 |
| | | Associate | 10 | $494 | $593 | $649 | $589 | $455 | $350 |
| | **201-500 Lawyers** | Partner | 21 | $675 | $843 | $1,055 | $880 | $834 | $779 |
| | | Associate | 17 | $642 | $696 | $789 | $691 | $571 | $497 |
| | **501-1,000 Lawyers** | Partner | 11 | $713 | $915 | $1,055 | $991 | $873 | $884 |
| | | Associate | 11 | $579 | $685 | $765 | $735 | $662 | $516 |



# About Wolters Kluwer ELM Solutions

ELM Solutions is the market-leading global provider of enterprise legal spend and matter management and legal analytics solutions. It provides a comprehensive suite of tools that address the growing needs of corporate legal operations and insurance claims departments to increase operational efficiency and reduce costs, including the LegalVIEW legal spend database featuring more than $200B+ in invoices. Corporate legal and insurance claims departments trust its innovative technology and end-to-end customer experience to drive world-class business outcomes. In 2025, Wolters Kluwer ELM Solutions earned Globee Awards for Achievement (Gold): Legal Technology Solutions – LegalVIEW DynamicInsights and Merit Awards for Business (Silver): Business Technology – LegalVIEW DynamicInsights.