## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LENTO LAW GROUP PC AND LENTO LAW FIRM, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> KRIS EMMANUEL ESTRADA <br><br> *Defendant*. | **Civil Action No. 25-2763** <br><br><br><br><br> **ORDER** |

AND NOW, having considered Defendant's Supplemental Brief regarding fees and expenses under 42 Pa. C.S. §§ 8340.18 and supporting documentation, it is hereby ORDERED that:

- Pursuant to the Order dated July 21, 2026, awarding Defendant attorneys' fees, expenses, and costs incurred in this action under 42 PA.C.S. § 8340.18, Defendant is GRANTED attorneys' fees and expenses totaling $108,153.50; and

- Plaintiffs shall, within fourteen (14) days of the date of this Order, make a full and complete payment of said amount by wire transfer to Defendant's counsel Pashman Stein Walder Hayden P.C.

Dated: _____                          _____

                                                                                                Hon. Mia R. Perez